897 A.2d 1161

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Lawrence E. BRINKMANN, Jr., Respondent.**

**No. 1107 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 15, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 15th day of March, 2006, upon consideration of the recommendation of the Disciplinary Board dated December 6, 2005, it is hereby

ORDERED that Lawrence E. Brinkmann, Jr., be subjected to public censure by the Supreme Court.

Madame Justice BALDWIN did not participate in this matter.